## JACKSON, ex. dem. SALISBURY, vs. SALISBURY.

A rule to appear and plead in ejectment will be ordered where the service of the declaration is on the wife of the defendant on the premises.

RULE to appear and plead in ejectment. The declaration was served by delivering it to the wife of the defendant on the premises claimed. The service not being on the defendant personally, leave was asked, pursuant to the provisions of the Revised Statutes, (vol. 2, p. 305, § 15,) to enter a rule for the defendant to appear and plead, which was granted.